# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
JASON M. WONG § Case No. 14-33259
LAURA E. WONG §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/12/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 77,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 17,442.02 |
| Administrative expenses | 26,536.71 |
| Bank service fees | 101.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 18,420.23 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/08/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,375.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,375.00 , for a total compensation of $ 6,375.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 197.43 , for total expenses of $ 197.43 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/19/2017                By: /s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-33259 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JASON M. WONG | | | | Date Filed (f) or Converted (c): | 09/12/2014 (f) |
| | LAURA E. WONG | | | | 341(a) Meeting Date: | 10/06/2014 |
| For Period Ending: | 01/19/2017 | | | | Claims Bar Date: | 01/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence Location: 2105 Providence | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. PNC, checking | 100.00 | 0.00 | | 0.00 | FA |
| 3. PNC, savings | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household furnishing, tvs, and other electonics Lo | 3,350.00 | 0.00 | | 0.00 | FA |
| 5. Clothing Location: 2105 Providence Way, Joliet IL | 400.00 | 0.00 | | 0.00 | FA |
| 6. Rings, watches Location: 2105 Providence Way, Joli | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. Erie Life Insurance, term life | 0.00 | 0.00 | | 0.00 | FA |
| 8. Erie Life Insurance, term life | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) | 50,000.00 | 0.00 | | 0.00 | FA |
| 10. Pending personal injury from auto accident in 2014 | Unknown | 0.00 | | 77,500.00 | FA |
| 11. 2 dogs and 1 cat | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $297,350.00     $0.00     $77,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special counsel employed for Pending PI case

Initial Projected Date of Final Report (TFR): 12/01/2015     Current Projected Date of Final Report (TFR): 02/28/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-33259 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JASON M. WONG | Bank Name: Associated Bank |
| LAURA E. WONG | Account Number/CD#: XXXXXX5744 |
| | Checking |
| Taxpayer ID No: XX-XXX4207 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/16 | 10 | Hausmann-McNally, S.C.<br>2800 East Enterprise Avenue<br>Appleton, WI 54913 | Proceeds from PI Case<br>Approved court settlement 2 orders dkts # 22 and 27. | 1142-000 | $77,500.00 | | $77,500.00 |
| 10/31/16 | 101 | Patrick O'Neill & Hausman-McNally<br>Hausmann-McNally, SC<br>2800 E. Enterprise Ave.<br>Suite 10<br>Appleton, WI 54913 | Attorneys fees and costs<br>Court approved Dkt# 27 | | | $26,536.71 | $50,963.29 |
| | | Patrick O'Neill & Hausman-McNally | ($703.37) | 3220-000 | | | |
| | | Patrick O'Neill & Hausman-McNally | ($25,833.34) | 3210-000 | | | |
| 10/31/16 | 102 | Presence St. Joseph Medical Center<br>c/o Law Offices of Neil J. Greene<br>Attn: Michelle Feldman<br>250 Parkway Drive<br>#160<br>Lincolnshire, IL 60069 | PI Lien Payment<br>Court approved per dkt# 27 | 4220-000 | | $6,989.15 | $43,974.14 |
| 10/31/16 | 103 | ATI<br>Attn: Colleen Rhodes<br>790 Remington Blvd.<br>Bolingbrook, IL 60440 | PI Lien Payment<br>Court approved per dkt# 27 | 4220-000 | | $7,968.12 | $36,006.02 |
| 10/31/16 | 104 | Equian<br>Attn: Patricia Joy Maier<br>P.O. Box 34060<br>Louisville, KY 40232-4060 | PI Lien Payment<br>Court approved dkt# 27 | 4220-000 | | $2,484.75 | $33,521.27 |
| 10/31/16 | 105 | Jason M. Wong & Laura E. Wong<br>2105 Providence Way<br>Joliet, IL 60431 | Debtors' Exemptions<br>Court approved dkt# 27 | 8100-002 | | $15,000.00 | $18,521.27 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.73 | $18,491.54 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.88 | $18,447.66 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.43 | $18,420.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*        Page Subtotals:        $77,500.00        $59,079.77

| | | |
|---|---:|---:|
| COLUMN TOTALS | $77,500.00 | $59,079.77 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $77,500.00 | $59,079.77 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $77,500.00 | $44,079.77 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5744 - Checking | $77,500.00 | $44,079.77 | $18,420.23 |
|  | $77,500.00 | $44,079.77 | $18,420.23 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $77,500.00 |
| Total Gross Receipts: | $77,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-33259-BWB  
Debtor Name: JASON M. WONG  
Claims Bar Date: 1/8/2015  

Date: January 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Jason M. Wong & Laura E. Wong<br>2105 Providence Way<br>Joliet, IL 60431 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,375.00 | $6,375.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $197.43 | $197.43 |
| 100 3210 | Patrick O'Neill & Hausman-McNally<br>Hausmann-McNally, SC<br>2800 E. Enterprise Ave.<br>Suite 10<br>Appleton, WI 54913 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $25,833.34 | $25,833.34 |
| 100 3220 | Patrick O'Neill & Hausman-McNally<br>Hausmann-McNally, SC<br>2800 E. Enterprise Ave.<br>Suite 10<br>Appleton, WI 54913 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $703.37 | $703.37 |
| 1 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured<br>Payment Status:<br>Valid To Pay | | $6,145.08 | $6,145.08 | $6,145.08 |
| 2 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,321.29 | $4,321.29 | $4,321.29 |
| 3 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $6,731.90 | $6,731.90 | $6,731.90 |
| 4 300 7100 | COMMERCE BANK<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured<br>Payment Status:<br>Valid To Pay | | $4,393.46 | $5,078.83 | $5,078.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-33259-BWB  
Debtor Name: JASON M. WONG  
Claims Bar Date: 1/8/2015  

Date: January 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured Payment Status: Valid To Pay | | $810.22 | $827.59 | $827.59 |
| 6 300 7100 | MOHELA/DEPT OF ED 633 SPIRIT DR CHESTERFIELD MO 63005 | Unsecured Payment Status: Valid To Pay | | $0.00 | $9,867.32 | $9,867.32 |
| 7 300 7100 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured Payment Status: Valid To Pay | | $351.36 | $386.36 | $386.36 |
| 8 300 7100 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured Payment Status: Valid To Pay | | $1,950.82 | $2,786.88 | $2,786.88 |
| 9 300 7100 | JD RECEIVABLES LLC P.O. BOX 382656 GERMANTOWN, TN 38183 | Unsecured Payment Status: Valid To Pay | | $560.34 | $605.57 | $605.57 |
| 10 300 7100 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured Payment Status: Valid To Pay | | $436.25 | $436.25 | $436.25 |
| 11 300 7100 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured Payment Status: Valid To Pay | | $0.00 | $531.91 | $531.91 |
| 12 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured Payment Status: Valid To Pay | | $1,507.20 | $1,414.67 | $1,414.67 |
| 13 300 7100 | CITIBANK, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured Payment Status: Valid To Pay | | $2,780.43 | $2,780.43 | $2,780.43 |

Page 2                              Printed: January 19, 2017

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-33259-BWB                                                                                      Date: January 19, 2017
Debtor Name: JASON M. WONG
Claims Bar Date: 1/8/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured Payment Status: Valid To Pay | | $8,553.73 | $8,553.73 | $8,553.73 |
| 15 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured Payment Status: Valid To Pay | | $8,220.81 | $8,220.81 | $8,220.81 |
| 16 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Unsecured Payment Status: Valid To Pay | | $9,210.76 | $9,210.76 | $9,210.76 |
| 400 4220 | ATI Attn: Colleen Rhodes 790 Remington Blvd. Bolingbrook, IL 60440 | Secured Payment Status: Valid To Pay | | $0.00 | $7,968.12 | $7,968.12 |
| 400 4220 | Equian Attn: Patricia Joy Maier P.O. Box 34060 Louisville, KY 40232-4060 | Secured Payment Status: Valid To Pay | | $0.00 | $2,484.75 | $2,484.75 |
| 400 4220 | Presence St. Joseph Medical Center c/o Law Offices of Neil J. Greene Attn: Michelle Feldman 250 Parkway Drive #160 Lincolnshire, IL 60069 | Secured Payment Status: Valid To Pay | | $0.00 | $6,989.15 | $6,989.15 |
| | Case Totals | | | $55,973.65 | $133,450.54 | $133,450.54 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-33259
Case Name: JASON M. WONG
    LAURA E. WONG
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 18,420.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Presence St. Joseph Medical Center | $ 6,989.15 | $ 6,989.15 | $ 6,989.15 | $ 0.00 |
| | ATI | $ 7,968.12 | $ 7,968.12 | $ 7,968.12 | $ 0.00 |
| | Equian | $ 2,484.75 | $ 2,484.75 | $ 2,484.75 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 18,420.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,375.00 | $ 0.00 | $ 6,375.00 |
| Trustee Expenses: Peter N. Metrou | $ 197.43 | $ 0.00 | $ 197.43 |
| Attorney for Trustee Fees: Patrick O'Neill & Hausman-McNally | $ 25,833.34 | $ 25,833.34 | $ 0.00 |
| Attorney for Trustee Expenses: Patrick O'Neill & Hausman-McNally | $ 703.37 | $ 703.37 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,572.43

Remaining Balance $ 11,847.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,899.38  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  17.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 6,145.08 | $ 0.00 | $ 1,072.26 |
| 2 | DISCOVER BANK | $ 4,321.29 | $ 0.00 | $ 754.02 |
| 3 | DISCOVER BANK | $ 6,731.90 | $ 0.00 | $ 1,174.65 |
| 4 | COMMERCE BANK | $ 5,078.83 | $ 0.00 | $ 886.21 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 827.59 | $ 0.00 | $ 144.41 |
| 6 | MOHELA/DEPT OF ED | $ 9,867.32 | $ 0.00 | $ 1,721.75 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 386.36 | $ 0.00 | $ 67.42 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | AMERICAN EXPRESS CENTURION BANK | $ 2,786.88 | $ 0.00 | $ 486.28 |
| 9 | JD RECEIVABLES LLC | $ 605.57 | $ 0.00 | $ 105.67 |
| 10 | CAPITAL ONE, N.A. | $ 436.25 | $ 0.00 | $ 76.12 |
| 11 | CAPITAL ONE, N.A. | $ 531.91 | $ 0.00 | $ 92.81 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,414.67 | $ 0.00 | $ 246.85 |
| 13 | CITIBANK, N.A. | $ 2,780.43 | $ 0.00 | $ 485.16 |
| 14 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,553.73 | $ 0.00 | $ 1,492.55 |
| 15 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,220.81 | $ 0.00 | $ 1,434.45 |
| 16 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 9,210.76 | $ 0.00 | $ 1,607.19 |

Total to be paid to timely general unsecured creditors        $        11,847.80

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE