**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-33259 |
| | ) | CHAPTER 7 |
| JASON M. WONG and | ) | |
| LAURA E. WONG, | ) | |
| Debtor(s). | ) | JUDGE PAMELA S. HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   **By ECF:**
Patrick S Layng, U.S. Trustee, 219 S. Dearborn, Chicago, IL 60604
Stuart B Handelman 200 S Michigan Ave Ste 205 Chicago, IL 60604
   **By US Mail:**
See Attached Service List

**PLEASE TAKE NOTICE** that on the 17th day of March, 2017, at 10:00 a.m., I shall appear before the Honorable Judge Pamela S. Hollis, Joliet City Hall, 150 West Jefferson Street, 2nd floor, Joliet, Illinois and shall then and there present the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT,** at which time you may appear if you so desire.

   */s/ Peter N. Metrou*
   **Bankruptcy Trustee**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Notice of Trustee's Final Reports and Applications For Compensation and Deadline to Object, upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 15th day of February, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

   */s/ Peter N. Metrou*
   **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

ADT Security Services
PO Box 650485
Dallas, TX 75265-0485

Allied Interstate Inc
7525 W. Campus Road
New Albany, OH 43054-1121

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally
P.O. Box 9001951
Louisville, KY 40290-1951

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336-0001

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK  73126-8941

American InfoSource LP as agent for
Presence Health
PO Box 248838
Oklahoma City, OK  73124-8838

AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197-6416

ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614-8542

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Best Buy Credit Services
P.O. Box 688910
Des Moines, IA 50368-8910

Bill Me Later
P.O. Box 105658
Atlanta, GA 30348-5658

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Card Services
P.O. Box 71107
Charlotte, NC 28272-1107

Capital One Retail Services
P.O Box 71106
Charlotte, NC 28272-1106

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Citi Cards
Processing Center
Des Moines, IA 50363-0001

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK  73124-8840

Comenity - Victoria's Secret
P.O. Box 659728
San Antonio, TX 78265-9728

Commerce Bank
P O BOX 419248
KCREC-10
Kansas City, MO 64141-6248

Commerce Bank
PO Box 806000
Kansas City, MO 64180-6000

Credit One Bank
P.O. Box 60500
City Of Industry, CA 91716-0500

Department of Education
MOHELA
PO Box 105347
Atlanta, GA 30348-5347

Deval LLC
Westpoint
1225 Corporate DR STE 360
Irving, TX 75038-2518

Direct Loan Servicing System
P.O. Box 5609
Greenville, TX 75403-5609

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover
P.O. Box 6103
Carol Stream, IL 60197-6103

Edward Hospial
PO Box 4207
Carol Stream, IL 60197-4207

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

Heartland Bank & Trust
P.O. Box 67
Bloomington, IL 61702-0067

Helzberg Card
PO Box 60504
City of Industry, CA 91716-0504

Illinois Department of Employment
Security - Benefits Repayments
PO Box 19286
Springfield, IL 62794-9286

Jason M. Wong
2105 Providence Way
Joliet, IL 60431-7748

JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183-2656

Kia Motors Finance
PO Box 660891
Dallas, TX 75266-0891

Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983

Laura E. Wong
2105 Providence Way
Joliet, IL 60431-7748

Macy's
P.O. Box 183083
Columbus, OH 43218-3083

McNally Law Offices, S.C.
633 W Wisconsin Ave., Ste 2000
Milwaukee, WI 53203-1918

MOHELA/Dept of Ed
633 Spirit Dr
Chesterfield MO 63005-1243

Naperville Radiologists SC
6910 S. Madison Street
Willowbrook, IL 60527-5577

Northland Group, Inc.
P.O. Box 390905
Minneaplois, MN 55439-0905

Ocwen Loan Servicing, LLC
P.O. Box 780
Waterloo, IA 50704-0780

Pathology Assoc of Auroa, LLC
5620 Southwyck BLVD
Toledo, OH 43614-1501

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Prairie Rheumatology Associates
Drs. Sosenko, Ahmed & Stanislaus
10660 West 143rd Street, Suite B
Orland Park, IL 60462-1989

Presence Saint Joseph Medical Ctr.
P.O. Box 88097
Chicago, IL 60680-1097

PSJMC Neonatology
9410 Compubill Drive
Orland Park, IL 60462-2627

PYOD, LLC its successors and assigns as
assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

R' Us Credit Card/GECRB
P.O. Box 530938
Atlanta, GA 30353-0938

Rush Medical Center
1700 West Van Buren Street
Suite 161 TOB
Chicago, IL 60612-3228

Rush Medical Center
PO Box352
Aurora, IL 60507-0352

Rush-Copley Medical Group NFP
P.O. Box 352
Aurora, IL 60507-0352

Scholastic Reading Club
PO Box 7504
Jefferson City, MO 65102-7504

Stuart B Handelman
Law Offices Of Stuart B Handelman P C
200 S Michigan Ave Ste 205
Chicago, IL 60604-2407

SYNCHRONYBank- Amazon Store Card
PO Box 960013
Orlando, FL 32896-0013

The Children's Place Plan  
PO Box 183015  
Columbus, OH 43218-3015

Transworld Systems, Inc.  
507 Prudential Road  
Horsham, PA 19044-2308

U.S. Bankruptcy Court  
Eastern Division  
219 S Dearborn  
7th Floor  
Chicago, IL 60604-1702

United Collection Bureau, Inc.  
5620 Southwyck Blvd., STE 206  
Toledo, OH 43614-1501

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §
                                §
JASON M. WONG                   §    Case No. 14-33259
LAURA E. WONG                   §
                                §
         Debtors                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on March 17, 2017 in
        Joliet City Hall
        150 West Jefferson, 2nd Floor
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/15/2017                By: /s/ Peter N. Metrou
                                                                   Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| JASON M. WONG | § | Case No. 14-33259 |
| LAURA E. WONG | § | |
| | § | |
| Debtors | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 77,500.00 |
| and approved disbursements of | $ | 59,079.77 |
| leaving a balance on hand of[1] | $ | 18,420.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Presence St. Joseph Medical Center | $ 6,989.15 | $ 6,989.15 | $ 6,989.15 | $ 0.00 |
| | ATI | $ 7,968.12 | $ 7,968.12 | $ 7,968.12 | $ 0.00 |
| | Equian | $ 2,484.75 | $ 2,484.75 | $ 2,484.75 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 18,420.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 6,375.00 | $ 0.00 | $ 6,375.00 |
| Trustee Expenses: Peter N. Metrou | $ 197.43 | $ 0.00 | $ 197.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Patrick O'Neill & Hausman-McNally | $ 25,833.34 | $ 25,833.34 | $ 0.00 |
| Attorney for Trustee Expenses: Patrick O'Neill & Hausman-McNally | $ 703.37 | $ 703.37 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses           $           6,572.43

Remaining Balance                                                $          11,847.80


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 67,899.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 6,145.08 | $ 0.00 | $ 1,072.26 |
| 2 | DISCOVER BANK | $ 4,321.29 | $ 0.00 | $ 754.02 |
| 3 | DISCOVER BANK | $ 6,731.90 | $ 0.00 | $ 1,174.65 |
| 4 | COMMERCE BANK | $ 5,078.83 | $ 0.00 | $ 886.21 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 827.59 | $ 0.00 | $ 144.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | MOHELA/DEPT OF ED | $ 9,867.32 | $ 0.00 | $ 1,721.75 |
| 7 | CAPITAL ONE BANK (USA), N.A. | $ 386.36 | $ 0.00 | $ 67.42 |
| 8 | AMERICAN EXPRESS CENTURION BANK | $ 2,786.88 | $ 0.00 | $ 486.28 |
| 9 | JD RECEIVABLES LLC | $ 605.57 | $ 0.00 | $ 105.67 |
| 10 | CAPITAL ONE, N.A. | $ 436.25 | $ 0.00 | $ 76.12 |
| 11 | CAPITAL ONE, N.A. | $ 531.91 | $ 0.00 | $ 92.81 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,414.67 | $ 0.00 | $ 246.85 |
| 13 | CITIBANK, N.A. | $ 2,780.43 | $ 0.00 | $ 485.16 |
| 14 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,553.73 | $ 0.00 | $ 1,492.55 |
| 15 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,220.81 | $ 0.00 | $ 1,434.45 |
| 16 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 9,210.76 | $ 0.00 | $ 1,607.19 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,847.80 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     Prepared By: /s/ Peter N. Metrou
                                      Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.