UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
JASON M. WONG § Case No. 14-33259
LAURA E. WONG §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 210,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 102,350.00 |
| Total Distributions to Claimants: 29,289.82 | Claims Discharged<br>Without Payment: 319,481.44 |
| Total Expenses of Administration: 33,210.18 | |

3) Total gross receipts of $ 77,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 62,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 218,834.00 | $ 17,442.02 | $ 17,442.02 | $ 17,442.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 33,210.18 | 33,210.18 | 33,210.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,569.51 | 67,899.38 | 67,899.38 | 11,847.80 |
| **TOTAL DISBURSEMENTS** | $ 319,403.51 | $ 118,551.58 | $ 118,551.58 | $ 62,500.00 |

    4) This case was originally filed under chapter 7 on 09/12/2014 . The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2017          By: /s/Peter N. Metrou, Trustee
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Pending personal injury from auto accident in 2014 | 1142-000 | 77,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 77,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jason M. Wong & Laura E. Wong | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Deval LLC Westpoint 1225 Corporate DR STE 360 Irving, TX 75038 | | 65,000.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, LLC P.O. Box 780 Waterloo, IA 50704 | | 153,834.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATI | 4220-000 | NA | 7,968.12 | 7,968.12 | 7,968.12 |
| | Equian | 4220-000 | NA | 2,484.75 | 2,484.75 | 2,484.75 |
| | Presence St. Joseph Medical Center | 4220-000 | NA | 6,989.15 | 6,989.15 | 6,989.15 |
| **TOTAL SECURED CLAIMS** | | | $ 218,834.00 | $ 17,442.02 | $ 17,442.02 | $ 17,442.02 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,375.00 | 6,375.00 | 6,375.00 |
| Peter N. Metrou | 2200-000 | NA | 197.43 | 197.43 | 197.43 |
| Associated Bank | 2600-000 | NA | 101.04 | 101.04 | 101.04 |
| Patrick O'Neill & Hausman-McNally | 3210-000 | NA | 25,833.34 | 25,833.34 | 25,833.34 |
| Patrick O'Neill & Hausman-McNally | 3220-000 | NA | 703.37 | 703.37 | 703.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 33,210.18 | $ 33,210.18 | $ 33,210.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | "R" Us Credit Card/GECRB P.O. Box 530938 Atlanta, GA 30353 | | 743.68 | NA | NA | 0.00 |
| | ADT Security Services PO Box 650485 Dallas, TX 75265-0485 | | 924.55 | NA | NA | 0.00 |
| | Allied Interstate Inc 7525 W. Campus Road New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility P.O. Box 6416 Carol Stream, IL 60197-6416 | | 259.92 | NA | NA | 0.00 |
| | ATG Credit, LLC P.O. Box 14895 Chicago, IL 60614-4895 | | 0.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 6,937.74 | NA | NA | 0.00 |
| | Bill Me Later P.O. Box 105658 Atlanta, GA 30348 | | 2,287.71 | NA | NA | 0.00 |
| | Capital One Retail Services P.O Box 71106 Charlotte, NC 28272-1106 | | 1,266.59 | NA | NA | 0.00 |
| | Citi Cards Processing Center Des Moines, IA 50363 | | 4,481.73 | NA | NA | 0.00 |
| | Department of Education MOHELA PO Box 105347 Atlanta, GA 30348 | | 412.54 | NA | NA | 0.00 |
| | Direct Loan Servicing System P.O. Box 5609 Greenville, TX 75403-5609 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Hospial PO Box 4207 Carol Stream, IL 60197 | | 550.00 | NA | NA | 0.00 |
| | Edward Hospial PO Box 4207 Carol Stream, IL 60197 | | 1,212.34 | NA | NA | 0.00 |
| | Edward Hospial PO Box 4207 Carol Stream, IL 60197 | | 350.00 | NA | NA | 0.00 |
| | GE Capital Retail Bank P.O. Box 960061 Orlando, FL 32896-0061 | | 0.00 | NA | NA | 0.00 |
| | Heartland Bank & Trust P.O. Box 67 Bloomington, IL 61702-0067 | | 247.47 | NA | NA | 0.00 |
| | Helzberg Card PO Box 60504 City of Industry, CA 91716 | | 307.16 | NA | NA | 0.00 |
| | Illinois Department of Employment Security - Benefits Repayments PO Box 19286 Springfield, IL 62794 | | 2,478.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 183083 Columbus, OH 43218-3083 | | 1,162.13 | NA | NA | 0.00 |
| | Naperville Radiologists SC 6910 S. Madison Street Willowbrook, IL 60527 | | 818.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Naperville Radiologists SC 6910 S. Madison Street Willowbrook, IL 60527 | | 104.43 | NA | NA | 0.00 |
| | Naperville Radiologists SC 6910 S. Madison Street Willowbrook, IL 60527 | | 136.00 | NA | NA | 0.00 |
| | Northland Group, Inc. P.O. Box 390905 Minneaplois, MN 55439 | | 0.00 | NA | NA | 0.00 |
| | Pathology Assoc of Auroa, LLC 5620 Southwyck BLVD Toledo, OH 43614 | | 72.45 | NA | NA | 0.00 |
| | Prairie Rheumatology Associates Drs. Sosenko, Ahmed & Stanislaus 10660 West 143rd Street, Suite B Orland Park, IL 60462 | | 322.80 | NA | NA | 0.00 |
| | Presence Saint Joseph Medical Ctr. P.O. Box 88097 Chicago, IL 60680-1097 | | 126.42 | NA | NA | 0.00 |
| | Presence Saint Joseph Medical Ctr. P.O. Box 88097 Chicago, IL 60680-1097 | | 1,760.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PSJMC Neonatology 9410 Compubill Drive Orland Park, IL 60462 | | 141.00 | NA | NA | 0.00 |
| | Rush Medical Center 1700 West Van Buren Street Suite 161 TOB Chicago, IL 60612-3244 | | 206.98 | NA | NA | 0.00 |
| | Rush Medical Center PO Box352 Aurora, IL 60507 | | 448.81 | NA | NA | 0.00 |
| | Rush-Copley Medical Group NFP P.O. Box 352 Aurora, IL 60507 | | 4,754.00 | NA | NA | 0.00 |
| | Scholastic Reading Club PO Box 7504 Jefferson City, MO 65102 | | 191.00 | NA | NA | 0.00 |
| | SYNCHRONYBank- Amazon Store Card PO Box 960013 Orlando, FL 32896 | | 1,749.79 | NA | NA | 0.00 |
| | The Children's Place Plan PO Box 183015 Columbus, OH 43218 | | 142.58 | NA | NA | 0.00 |
| | Transworld Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Collection Bureau, Inc. 5620 Southwyck Blvd., STE 206 Toledo, OH 43614 | | 0.00 | NA | NA | 0.00 |
| 8 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,950.82 | 2,786.88 | 2,786.88 | 486.28 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 6,145.08 | 6,145.08 | 6,145.08 | 1,072.26 |
| 12 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 1,507.20 | 1,414.67 | 1,414.67 | 246.85 |
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 351.36 | 386.36 | 386.36 | 67.42 |
| 10 | CAPITAL ONE, N.A. | 7100-000 | 436.25 | 436.25 | 436.25 | 76.12 |
| 11 | CAPITAL ONE, N.A. | 7100-000 | NA | 531.91 | 531.91 | 92.81 |
| 13 | CITIBANK, N.A. | 7100-000 | 2,780.43 | 2,780.43 | 2,780.43 | 485.16 |
| 4 | COMMERCE BANK | 7100-000 | 4,393.46 | 5,078.83 | 5,078.83 | 886.21 |
| 2 | DISCOVER BANK | 7100-000 | 4,321.29 | 4,321.29 | 4,321.29 | 754.02 |
| 3 | DISCOVER BANK | 7100-000 | 6,731.90 | 6,731.90 | 6,731.90 | 1,174.65 |
| 9 | JD RECEIVABLES LLC | 7100-000 | 560.34 | 605.57 | 605.57 | 105.67 |
| 6 | MOHELA/DEPT OF ED | 7100-000 | NA | 9,867.32 | 9,867.32 | 1,721.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 8,553.73 | 8,553.73 | 8,553.73 | 1,492.55 |
| 15 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 8,220.81 | 8,220.81 | 8,220.81 | 1,434.45 |
| 16 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 9,210.76 | 9,210.76 | 9,210.76 | 1,607.19 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 810.22 | 827.59 | 827.59 | 144.41 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 100,569.51 | $ 67,899.38 | $ 67,899.38 | $ 11,847.80 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-33259 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JASON M. WONG | | | | Date Filed (f) or Converted (c): | 09/12/2014 (f) |
| | LAURA E. WONG | | | | 341(a) Meeting Date: | 10/06/2014 |
| For Period Ending: | 05/01/2017 | | | | Claims Bar Date: | 01/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence Location: 2105 Providence | 240,000.00 | 0.00 | | 0.00 | FA |
| 2. PNC, checking | 100.00 | 0.00 | | 0.00 | FA |
| 3. PNC, savings | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household furnishing, tvs, and other electonics Lo | 3,350.00 | 0.00 | | 0.00 | FA |
| 5. Clothing Location: 2105 Providence Way, Joliet IL | 400.00 | 0.00 | | 0.00 | FA |
| 6. Rings, watches Location: 2105 Providence Way, Joli | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. Erie Life Insurance, term life | 0.00 | 0.00 | | 0.00 | FA |
| 8. Erie Life Insurance, term life | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(K) | 50,000.00 | 0.00 | | 0.00 | FA |
| 10. Pending personal injury from auto accident in 2014 | Unknown | 77,500.00 | | 77,500.00 | FA |
| 11. 2 dogs and 1 cat | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $297,350.00 $77,500.00 $77,500.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation of Personal Injury Case 10/6/2014. Employed special counsel on 12/12/2014 see Dkt# 19 to handle PI case. Motion to approve PI settlement granted on 8/19/2016 see Dkt#22. Motion to approve second PI settlement granted on 9/30/2016. Claims Review. TFR sent to UST 1/23/2017. Filed NFR and Fee app on 2/15/2017 see Dkt#'s 31 & 32.

Initial Projected Date of Final Report (TFR): 12/01/2015       Current Projected Date of Final Report (TFR): 01/23/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-33259 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JASON M. WONG | Bank Name: Associated Bank |
| LAURA E. WONG | Account Number/CD#: XXXXXX5744 |
| | Checking |
| Taxpayer ID No: XX-XXX4207 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/16 | 10 | Hausmann-McNally, S.C.<br>2800 East Enterprise Avenue<br>Appleton, WI 54913 | Proceeds from PI Case<br>Approved court settlement 2 orders dkts # 22 and 27. | 1142-000 | $77,500.00 | | $77,500.00 |
| 10/31/16 | 101 | Patrick O'Neill & Hausman-McNally<br>Hausmann-McNally, SC<br>2800 E. Enterprise Ave.<br>Suite 10<br>Appleton, WI 54913 | Attorneys fees and costs<br>Court approved Dkt# 27 | | | $26,536.71 | $50,963.29 |
| | | Patrick O'Neill & Hausman-McNally | ($703.37) | 3220-000 | | | |
| | | Patrick O'Neill & Hausman-McNally | ($25,833.34) | 3210-000 | | | |
| 10/31/16 | 102 | Presence St. Joseph Medical Center<br>c/o Law Offices of Neil J. Greene<br>Attn: Michelle Feldman<br>250 Parkway Drive<br>#160<br>Lincolnshire, IL 60069 | PI Lien Payment<br>Court approved per dkt# 27 | 4220-000 | | $6,989.15 | $43,974.14 |
| 10/31/16 | 103 | ATI<br>Attn: Colleen Rhodes<br>790 Remington Blvd.<br>Bolingbrook, IL 60440 | PI Lien Payment<br>Court approved per dkt# 27 | 4220-000 | | $7,968.12 | $36,006.02 |
| 10/31/16 | 104 | Equian<br>Attn: Patricia Joy Maier<br>P.O. Box 34060<br>Louisville, KY 40232-4060 | PI Lien Payment<br>Court approved dkt# 27 | 4220-000 | | $2,484.75 | $33,521.27 |
| 10/31/16 | 105 | Jason M. Wong & Laura E. Wong<br>2105 Providence Way<br>Joliet, IL 60431 | Debtors' Exemptions<br>Court approved dkt# 27 | 8100-002 | | $15,000.00 | $18,521.27 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.73 | $18,491.54 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.88 | $18,447.66 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.43 | $18,420.23 |

Page Subtotals: $77,500.00 $59,079.77

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-33259 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: JASON M. WONG | Bank Name: | Associated Bank |
| LAURA E. WONG | Account Number/CD#: | XXXXXX5744 |
| | | Checking |
| Taxpayer ID No: XX-XXX4207 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/17 | 106 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $6,572.43 | $11,847.80 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($6,375.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($197.43) | 2200-000 | | | |
| 03/20/17 | 107 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Final distribution to claim 1 representing a payment of 17.45 % per court order. | 7100-000 | | $1,072.26 | $10,775.54 |
| 03/20/17 | 108 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 2 representing a payment of 17.45 % per court order. | 7100-000 | | $754.02 | $10,021.52 |
| 03/20/17 | 109 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 3 representing a payment of 17.45 % per court order. | 7100-000 | | $1,174.65 | $8,846.87 |
| 03/20/17 | 110 | COMMERCE BANK<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Final distribution to claim 4 representing a payment of 17.45 % per court order. | 7100-000 | | $886.21 | $7,960.66 |
| 03/20/17 | 111 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 5 representing a payment of 17.45 % per court order. | 7100-000 | | $144.41 | $7,816.25 |
| 03/20/17 | 112 | MOHELA/DEPT OF ED<br>633 SPIRIT DR<br>CHESTERFIELD MO 63005 | Final distribution to claim 6 representing a payment of 17.45 % per court order. | 7100-000 | | $1,721.75 | $6,094.50 |
| 03/20/17 | 113 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 7 representing a payment of 17.45 % per court order. | 7100-000 | | $67.42 | $6,027.08 |

| | | Page Subtotals: | $0.00 | $12,393.15 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-33259 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | JASON M. WONG | Bank Name: | Associated Bank |
|  | LAURA E. WONG | Account Number/CD#: | XXXXXX5744 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4207 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/17 | 114 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 8 representing a payment of 17.45 % per court order. | 7100-000 |  | $486.28 | $5,540.80 |
| 03/20/17 | 115 | JD RECEIVABLES LLC<br>P.O. BOX 382656<br>GERMANTOWN, TN 38183 | Final distribution to claim 9 representing a payment of 17.45 % per court order. | 7100-000 |  | $105.67 | $5,435.13 |
| 03/20/17 | 116 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 10 representing a payment of 17.45 % per court order. | 7100-000 |  | $76.12 | $5,359.01 |
| 03/20/17 | 117 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 11 representing a payment of 17.45 % per court order. | 7100-000 |  | $92.81 | $5,266.20 |
| 03/20/17 | 118 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Final distribution to claim 12 representing a payment of 17.45 % per court order. | 7100-000 |  | $246.85 | $5,019.35 |
| 03/20/17 | 119 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Final distribution to claim 13 representing a payment of 17.45 % per court order. | 7100-000 |  | $485.16 | $4,534.19 |
| 03/20/17 | 120 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 14 representing a payment of 17.45 % per court order. | 7100-000 |  | $1,492.55 | $3,041.64 |
| 03/20/17 | 121 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 15 representing a payment of 17.45 % per court order. | 7100-000 |  | $1,434.45 | $1,607.19 |
|  |  |  | Page Subtotals: |  | $0.00 | $4,419.89 |  |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-33259 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | JASON M. WONG | Bank Name: | Associated Bank |
|  | LAURA E. WONG | Account Number/CD#: | XXXXXX5744 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4207 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 05/01/2017 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/17 | 122 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 16 representing a payment of 17.45 % per court order. | 7100-000 |  | $1,607.19 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $77,500.00 | $77,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $77,500.00 | $77,500.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $77,500.00 | $62,500.00 |

Page Subtotals: $0.00    $1,607.19

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5744 - Checking | $77,500.00 | $62,500.00 | $0.00 |
| | $77,500.00 | $62,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $77,500.00 |
| Total Gross Receipts: | $77,500.00 |

Page Subtotals:                          $0.00        $0.00